Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–14281–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michele Freeman
  aka Michele Freeman–Salmonese, aka
  Michele Salmonese, dba Industrial Stream
  Cleaning of N.J., LLC
  6 Tunica Court
  Old Bridge, NJ 08857

Social Security No.:
  xxx–xx–5121

Employer's Tax I.D. No.:
  26–3794253

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 2/26/19 at 09:00 AM

to consider and act upon the following:

*40* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 1/17/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 1/18/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court