# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  18−14281−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michele Freeman
    aka Michele Freeman−Salmonese, aka
    Michele Salmonese, dba Industrial Stream
    Cleaning of N.J., LLC
    6 Tunica Court
    Old Bridge, NJ 08857

Social Security No.:
    xxx−xx−5121

Employer's Tax I.D. No.:
    26−3794253

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

     NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 03/01/2019 has been vacated effective 3/5/2019.

Dated: March 5, 2019
JAN: wir

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 18-14281-MBK
Michele Freeman                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Mar 05, 2019
                              Form ID: 149             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
```
db          +Michele Freeman,    6 Tunica Court,    Old Bridge, NJ 08857-1847
cr          +Amboy Bank,    3590 US Highway 9,    Old Bridge, NJ 08857-3523
517397471   +Am Trust North America, Inc.,    c/o Maurice Wutscher, LLP,    2000 Auburn Dr., Ste. 200,
              Beachwood, OH 44122-4328
517447697   +AmTrust North America, Inc. on behalf of,    Rochdale Insurance Company,
              c/o Maurice Wutscher LLP,    2000 Auburn Drive, Suite 200,    Beachwood, OH 44122-4328
517525713   +Amboy Bank,    3590 U.S. Highway 9,    Old Bridge, NJ 08857-3523
517368853   +Amboy Bank,    3590 US Highway 9,    PO Box 1076,    Old Bridge, NJ 08857-1076
517368854   +Amboy Bank,    Attn: Michael Kahme, Esq.,    Hill Wallack LLP,    21 Roszel Road,
              Princeton, NJ 08540-6669
517368856   +American Express,    Attn: Zwicker and Associates PC,    1101 Laurel Oak Road Suite 130,
              Voorhees, NJ 08043-4322
517466349    American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
517368855   +Amex,    PO Box 981537,    El Paso, TX 79998-1537
517397472   +Amex Centurian Bank,    c/o Becket & Lee,    PO Box 3001,    Malvern, PA 19355-0701
517368857   +Amex DSNB,    PO Box 183084,    Columbus, OH 43218-3084
517368860   +CFG Merchant Solutions, LLC,    85 Broad Street, Floor 18,    New York, NY 10004-2783
517368859   +CapFlow Funding Group Managers, LLC,    C/O Robert Martini, Esq.,    11 Harristown Road,
              Glen Rock, NJ 07452-3319
517368858   +CapFlow Funding Group Managers, LLC,    201 Route 17 North, Suite 805,
              Rutherford, New Jersey 07070-2557
517464348    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517368861   +Chase Bank,    Attn: Nationwide Credit Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
517368863    Chase Card,    201 N Walnut Street,    DE1 1027,    Wilmington, DE 19801
517368862   +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517368864   +Custom Landscaping and Lawn,    Attn: Transworld Systems Inc,    507 Prudential Road,
              Horsham, PA 19044-2308
517368865   +Dell Financial Services, LLC,    Attn: ARS National Services Inc.,    PO Box 469046,
              Escondido, CA 92046-9046
517434333   +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
              Sioux Falls, SD 57104-0493
517984704    Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA  98083-0657
517397470   +Department Stores National Bank,    c/o Quantum3Group, LLC,    PO Box 657,
              Kirkland, WA 98083-0657
517368868   +DiTech Financial LLC,    C/O Brian C. Nicholas, Esq.,    KML Law Group, P.C.,
              216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517368872   +FleetMatics USA,    Attn: Obrien and Taylor,    175 Fairfield Avenue,    PO Box 505,
              West Caldwell, NJ 07007-0505
517397308   +Fleetmatics, USA,    Jerome F. O'Brien, Esq.,    Attorney for claimant,    P.O. Box 505,
              West Caldwell, New Jersey 07007-0505
517397468   +Kohl's,    c/o Becket and Lee,    PO Box 3001,    Malvern, PA 19355-0701
517368879   +MCYDSNB,    PO Box 8218,    Mason OH 45040-8218
517368878   +MCYDSNB,    PO Box 183083,    Columbus, OH 43218-3083
517368876   +Macys,    PO Box 9001094,    Louisville, KY 40290-1094
517368877    Macys Dsnb,    911 Duke Blvd,    Mason, OH 45040
517397469   +Princeton Orthopaedic Associates II PA,    325 Princeton Avenue,    Princeton NJ 08540-1617
517368882   +Progressive Insurance,    Attn: Caine and Weiner,    4101 McEwen Road,    Dallas, TX 75244-5112
517368883    Rochdale Insurance Company,    Attn: Bethune Associates14435 N 7th Stre,    Suite 201,
              Phoenix, AZ 85022
517368884   +Santander Bank,    Attn: FH Cann and Associates Inc,    1600 Osgood Street Suite 20 2 120,
              North Andover, MA 01845-1048
517368885   +Synchrony Bank PC Richard,    Attn: Portfolio Recovery Associates LLC,    120 Corporate Blvd,
              Norfolk VA 23502-4952
517368893   +Toyota Financial Services,    PO Box 9550,    Cedar Rapids, IA 52409-9550
517368895   +Toyota Motor Credit,    PO Box 4102,    Carol Stream, IL 60197-4102
517368896   +Toyota Motor Credit Corp,    Attn: Central Credit Services LLC,    20 Corporate Hills Drive,
              Saint Charles, MO 63301-3749
517368897   +Verizon,    Attn: Receivables Performance Management,    20816 44th Avenue W,
              Lynnwood, WA 98036-7744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 00:11:34     U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 00:11:30      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517397473   +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 00:07:57     Carecredit/Synchrony Bank,
              PO Box 960061,    Orlando, FL 32896-0061
517368866   +E-mail/Text: cio.bncmail@irs.gov Mar 06 2019 00:10:52     Department of the Treasury,
              Internal Revenue Service,    PO Box 804527,    Cincinnati, OH 45280-4527
517368867   +E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2019 00:10:56     Ditech Financial LLC,
              PO Box 6172,    Rapid City, SD 57709-6172
```

```
District/off: 0312-3          User: admin                Page 2 of 3                  Date Rcvd: Mar 05, 2019
                              Form ID: 149               Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517401411        E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2019 00:10:56
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
517368869       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 06 2019 00:12:17
                  Drive New Jersey Insurance Company,    Attn: Credit Collection Services,   725 Canton Street,
                  Norwood, MA 02062-2679
517368870       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 06 2019 00:12:17
                  Farmers Insurance Group,    Attn: Credit Collection Services,   725 Canton Street,
                  Norwood, MA 02062-2679
517368871       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2019 00:11:48       First Premier Bank,
                  Attn: Jefferson Capital Systems LLC,    16 McLeland Road,   Saint Cloud, MN 56303-2198
517368874        E-mail/Text: bncnotices@becket-lee.com Mar 06 2019 00:10:40      Kohls Capital One,
                  PO Box 3115,    Milwaukee, WI 53201-3115
517368875       +E-mail/Text: bncnotices@becket-lee.com Mar 06 2019 00:10:41      Kohls Capone,    PO Box 2983,
                  Milwaukee, WI 53201-2983
517368873       +E-mail/Text: bncnotices@becket-lee.com Mar 06 2019 00:10:41      Kohls Capone,
                  N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
517528206        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 00:31:42
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
517368880       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 00:20:00
                  Portfolio Recovery A,    120 Corporate Blvd,   Ste 100,   Norfolk, VA 23502-4952
517368881       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 00:20:35
                  Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
517381832        E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2019 00:11:24
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA   98083-0788
517368888        E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 00:07:57      Syncb Care Credit,
                  PO Box 965036,    Orlando, FL 32896-5036
517368887       +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 00:07:57      Syncb Care Credit,
                  950 Forrer Blvd,    Kettering, OH 45420-1469
517368889       +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 00:08:22      Syncb Pc Richard,    PO Box 965036,
                  Orlando, FL 32896-5036
517371458       +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 00:07:58      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517368886       +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 00:07:57      Synchrony Financial,
                  PO Box 960061,    Orlando, FL 32896-0061
517368892       +E-mail/Text: marisa.sheppard@timepayment.com Mar 06 2019 00:11:43       Timepayment Corp,
                  10M Commerce Way,    Woburn, MA 01801-8000
517368890       +E-mail/Text: marisa.sheppard@timepayment.com Mar 06 2019 00:11:43       Timepayment Corp,
                  1600 District Ave,    Suite 200,   Burlington, MA 01803-5233
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517401882*      +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517368891*      +Timepayment Corp,    1600 District Ave,   Suite 200,   Burlington, MA 01803-5233
517368894*      +Toyota Financial Services,    PO Box 9550,   Cedar Rapids, IA 52409-9550
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor   Amboy Bank eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Michael Douglas Power    on behalf of Debtor Michele  Freeman power@lemonlawonline.com
              Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Mar 05, 2019
                              Form ID: 149             Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                   TOTAL: 6