UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

POWER & ASSOCIATES, P.C.
By: Michael Power, Esquire
1790 Wilmington Pike, Suite 200
Glen Mills, PA 19342
Phone: 610-558-6220
Fax: 610-558-7861
Attorney for Debtor, Michele Freeman

In Re:

MICHELE FREEMAN

Debtor

Case No.: 18-14281 (MBK)

Chapter: 13

Hearing Date:

Judge: Michael B. Kaplan

Order Filed on March 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER VACATING ORDER DISMISSING CASE AND FURTHER ADJOURNING HEARING ON CHAPTER 13 STANDING TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: March 5, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

WHEREAS, on 1/13/19 the Standing Chapter 13 Trustee filed a Certification of Default asserting the debtor was in arrears in her Chapter 13 plan payments;

WHEREAS, on 1/17/19 the debtor filed a Certification in Opposition to the Standing Chapter 13 Trustee's Certification of Default;

WHEREAS, the Court scheduled a hearing for 2/26/19 on the Chapter 13 Trustee's Certification of Default and Debtor's Certification in Opposition to the Standing Chapter 13 Trustee's Certification of Default;

WHEREAS, Debtor and the Standing Chapter 13 Trustee reached an agreement wherein the Debtor would pay $5,000 to the Standing Chapter 13 Trustee and the hearing scheduled for 2/26/19 would be adjourned for a period of thirty (30) days;

WHEREAS, the Debtor made the $5000 payment to the Standing Chapter 13 Trustee;

WHEREAS, the agreement between the debtor and the Standing Chapter 13 Trustee was inadvertently not communicated to the Court;

WHEREAS, on 3/1/18 the Court entered an Order (Docket #51) dismissing debtor's case;

The Debtor and the Standing Chapter 13 Trustee come before the Court by way of Consent Order, and for good cause shown, it is

**ORDERED** that the order dated 3/1/19 (Docket# 51) is hereby vacated.

**IT IS FURTHER ORDERED,** that the hearing on the Chapter 13 Trustee's Certification of Default and Debtor's Certification in Opposition to the Standing Chapter 13 Trustee's Certification of Default is adjourned till 4/9/19.

POWER & ASSOCIATES, P.C.

_____
Michael D. Power, Esq.
1790 Wilmington Pike, Suite 200
Glen Mills, PA 19342
(610) 558-6220

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE

_____
David Martin, Esq.
CN 4853
Trenton, NJ 08650
(609) 587-6888

United States Bankruptcy Court
District of New Jersey

In re:  
Michele Freeman  
    Debtor

Case No. 18-14281-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 05, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.  
db            +Michele Freeman,    6 Tunica Court,    Old Bridge, NJ 08857-1847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:  
            Albert Russo     docs@russotrustee.com  
            Denise E. Carlon     on behalf of Creditor     DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Elizabeth K. Holdren     on behalf of Creditor     Amboy Bank eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
            Michael Douglas Power     on behalf of Debtor Michele Freeman power@lemonlawonline.com  
            Rebecca Ann Solarz     on behalf of Creditor     DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                  TOTAL: 6