UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

POWER & ASSOCIATES, P.C.
By: Michael Power, Esquire
1790 Wilmington Pike, Suite 200
Glen Mills, PA 19342
Phone: 610-558-6220
Fax: 610-558-7861
Attorney for Debtor, Michele Freeman



Order Filed on May 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHELE FREEMAN

Case No.: 18-14281
Chapter   13
Judge:   Michael B. Kaplan

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED:** May 17, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to refinance real property located at _____ 6 Tunica Court, Old Bridge, NJ 08857 _____ pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further

ORDERED that from the funds received in connection with the refinance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
- ☒ Satisfy all Plan obligations from financing proceeds
- ☐ Continue to make payments under the Plan as proposed or confirmed
- ☐ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ _____ 2,500 _____ for representation in connection with this motion, which is to be paid (**choose one**):

☒ at closing     ☐ through the plan     ☐ outside the plan;

and it is further

2

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

☐ is applicable         ☒ is not applicable

ORDERED that the following other provisions apply:

To the extent that Fed. R. Bankr. P. 6004(h) applies to this order, the Court hereby Orders that Fed. R. Bankr. P. 6004(h) shall not apply to this order and this order is not stayed.

*rev.8/1/15*

3