Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18–14281–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele Freeman
   aka Michele Freeman–Salmonese, aka
   Michele Salmonese, dba Industrial Stream
   Cleaning of N.J., LLC
   6 Tunica Court
   Old Bridge, NJ 08857

Social Security No.:
   xxx–xx–5121

Employer's Tax I.D. No.:
   26–3794253

---

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 12, 2019</u>        <u>Michael B. Kaplan</u>
                                   Judge, United States Bankruptcy Court